**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN LEE JACKSON,                     ) Case No. CV 17-6115-AB (JPR)
                                       )
              Petitioner,              )
                                       )        **J U D G M E N T**
         v.                            )
                                       )
D. ASUNCION, Warden,                   )
                                       )
              Respondent.              )
_____      )


     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: <u>December 10, 2018</u>     _____
                                    ANDRÉ BIROTTE JR.
                                    U.S. DISTRICT JUDGE